UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jaamez Rajohn Battle**                    Docket No. 5:17-CR-371-1D

### Petition for Action on Supervised Release

COMES NOW Kyle W. Fricke, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jaamez Rajohn Battle, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on June 1, 2018, to the custody of the Bureau of Prisons for a term of 42 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Jaamez Rajohn Battle was released from custody on March 1, 2021, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

During Battle's initial office appointment on March 4, 2021, the defendant tested positive for marijuana via an instant urine screen. Battle readily admitted to using this illegal substance, and he signed an admission of drug use form. The defendant was verbally reprimanded for this drug use, counseled about his actions, and cognitive behavioral skills were utilized. Battle has been referred to outpatient substance abuse treatment, and he has agreed to comply with any regiment of treatment recommended. The defendant was ordered to comply with the DROPS condition; however, jail time with the Bureau of Prisons is no longer feasible. In view of these circumstances, it is respectfully recommended that the court relieve the defendant of this special condition.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The previously ordered DROPS Program condition is hereby removed.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                 I declare under penalty of perjury that the foregoing
                                       is true and correct.

/s/ Dewayne L. Smith                   /s/ Kyle W. Fricke
Dewayne L. Smith                       Kyle W. Fricke
Supervising U.S. Probation Officer     U.S. Probation Officer
                                       150 Reade Circle
                                       Greenville, NC 27858-1137
                                       Phone: 252-830-2336
                                       Executed On: March 5, 2021

Jaamez Rajohn Battle
Docket No. 5:17-CR-371-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___5___ day of __March__, 2021, and ordered filed and made a part of the records in the above case.

_____Dever_____
James C. Dever III
U.S. District Judge